# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:05CV341-K

| | |
|---|---|
| LISA H. PRIBBLE, <br><br> Plaintiff, <br><br> v. <br><br> PATHWAYS, <br><br> Defendant. | **CONSENT ORDER TO REMAND** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion to Remand" (Document No. 2). It appears to the Court that defendant initially filed its removal more than thirty days after first receiving a copy of Plaintiff's Complaint and further that Defendant does not object that this matter be remanded back to state court.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion to Remand" (Document No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case be remanded back to the State of North Carolina, Gaston County, Superior Court Division, case number 05 CVS 2453.

1

**Signed: August 10, 2005**

_____
David C. Keesler
United States Magistrate Judge